COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:18-CV-40121-TSH

ALFRED MORIN,

    Plaintiff

v.

WILLIAM LYVER, in his official capacity as NORTHBOROUGH CHIEF OF POLICE,

    Defendant

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Alfred Morin, by and through undersigned counsel, and moves this Honorable Court for entry of a summary judgment in his favor and against Defendants pursuant to Fed. R. Civ. Proc. 56.

Plaintiff moves for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendants have violated Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.

The motion is made based upon the attached memorandum of points and authorities, exhibits, separate statement of undisputed facts, any material in the Court's files, and any other relevant matter to be considered by the Court.

Dated: April 25, 2019                              Respectfully submitted,

                                                                       Alfred Morin,
                                                                       By His Attorney,

/s/ J. Steven Foley
J. Steven Foley
11 Pleasant St #100
Worcester MA 01609
BBO: 685741
508-754-1041
508-739-4051 (fax)
JSteven@attorneyfoley.com

CERTIFICATE OF SERVICE

I, J. Steven Foley, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: April 25, 2019                                    /s/ J. Steven Foley
                                                        J. Steven Foley