COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:18-CV-40121-TSH

ALFRED MORIN,

    Plaintiff

v.

WILLIAM LYVER, in his official capacity as NORTHBOROUGH CHIEF OF POLICE,

    Defendant

**DECLARATION OF J. STEVEN FOLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, J. Steven Foley, hereby declare and state:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and in the District Court of the United States, District of Massachusetts.

2. I represent the Plaintiff in this matter, Dr. Alfred Morin.

3. Attached as Exhibit A is a true and correct copy of Memorandum and Order on Plaintiff's Motion for Summary Judgment, The Commonwealth's Cross-Motion for Summary Judgment, and Mark Leahy's Cross-Motion for Summary Judgment, Docket Number 4:15-CV-40048-TSH dated May 18, 2016

4. Attached as Exhibit B is a true and accurate copy of the letter from the Defendant denying the Plaintiff's application for a Permit to Purchase.

I state under penalty of perjury that the above is true and correct to the best of my knowledge.

Date: April 25, 2019 <u>/s/ J. Steven Foley</u>
J. Steven Foley

CERTIFICATE OF SERVICE

I, J. Steven Foley, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: April 25, 2019 <u>/s/ J. Steven Foley</u>
J. Steven Foley