UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED MORIN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LYVER, in his official capacity as Northborough Chief of Police,<br><br>Defendant,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>Intervenor-Defendant. | CIVIL ACTION NO.<br>4:18-cv-40121 |

## THE COMMONWEALTH'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, the Commonwealth of Massachusetts responds to the Plaintiff's Statement of Material Facts ("Plaintiff's Statement") as follows:

1. Paragraph 1 of the Plaintiff's Statement is undisputed.

2. Paragraph 2 of the Plaintiff's Statement is undisputed. The Commonwealth notes, however, that this Court did not "dismiss" the Plaintiff's prior lawsuit, but rather granted summary judgment to the defendants.

3. Paragraph 3 of the Plaintiff's Statement is undisputed.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Julia Kobick
Julia Kobick (BBO #680194)
Assistant Attorney General
Government Bureau
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2559
Dated: June 12, 2019                         Julia.Kobick@state.ma.us

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2019.

/s/ Julia Kobick
Julia Kobick
Assistant Attorney General