UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Morin,

           Plaintiff,

                              CIVIL ACTION

     v.

                              NO. 18-40121-TSH

Lyver, et al.,

           Defendants,

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Memorandum and Order dated 3/4/20, granting defendants' motions for summary judgment in the above-entitled action, it is hereby ORDERED:

           Judgment for the   __Defendants__

                                                            By the Court,

     __3/4/20__                                             __/s/ Martin Castles__
        Date                                                **Deputy Clerk**