# Supreme Court of the United States

No. 21–1160

**ALFRED MORIN**

Petitioner

v.

**WILLIAM LYVER, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further consideration in light of *New York State Rifle & Pistol Assn., Inc.* v. *Bruen*, 597 U.S. ___ (2022).

**IT IS FURTHER ORDERED** that the petitioner, Alfred Morin, recover from William Lyver, at al., Three Hundred Dollars ($300.00) for costs herein expended.

October 3, 2022

**Clerk's costs:**           $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 4, 2022

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

      **Re: Alfred Morin,**
          **v. William Lyver, et al.,**
          **No. 21-1160 (Your docket No. 20-1280)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By

                                *M. Altner*
                                M. Altner
                                Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 4, 2022

Mr. David D. Jensen, Esq.
David Jensen PLLC
33 Henry Street
Beacon, NY 12508

Ms. Janelle M. Austin, Esq.
KP Law PC
101 Arch Street, 12th Floor
Boston, MA 02210-1109

    **Re: Alfred Morin,**
        **v. William Lyver, et al.,**
        **No. 21-1160**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

    The petitioner is given recovery of costs in this Court as follows:

    **Clerk's costs:**        **$300.00**

This amount may be recovered from the respondents.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    *M. Altner*
    M. Altner
    Judgments/Mandates Clerk

cc: Clerk, U.S. Court of Appeals for the First Circuit
    (Your docket No. 20-1280)