UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED MORIN,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LYVER, in his official capacity as Northborough Chief of Police, and COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants. | No. 4:18-cv-40121-TSH |

## **JUDGMENT**

Under the specific facts of this case and applicable law, including but not limited to *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the limitations contained in G.L. c. 140, § 131A to the extent it incorporates G.L. c. 140, § 131(d)(ii)(D), cannot properly be applied to Plaintiff, and Defendants should accordingly issue Plaintiff a permit to purchase pursuant to G.L. c. 140, § 131A.

It is SO ORDERED this  12th  day of July, 2023.

                                               /s/ Timothy S. Hillman
                                               Hon. Timothy S. Hillman
                                               United States District Judge