# United States Court of Appeals
## For the First Circuit

No. 20-1280

ALFRED MORIN

Plaintiff - Appellant

v.

WILLIAM LYVER, in his official capacity as Northborough Chief of Police;
COMMONWEALTH OF MASSACHUSETTS

Defendants - Appellees

**MANDATE**

Entered: August 2, 2023

In accordance with the judgment of August 2, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Janelle M. Austin
Timothy J. Casey
Neal Goldfarb
David D. Jensen
Julia Eleanor Kobick